UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 5076**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

September 28, 2015

## LETTER ORDER

**Re:** *Premium Sports Inc. v. Jose Silva, et al.*
 **Civil Action No. 14-5160 (ES)**

Dear Counsel:

The Court is in receipt of Plaintiff's default judgment motion. (D.E. No. 21). On September 3, 2015, however, Plaintiff submitted a motion to amend its default judgment motion. (D.E No. 27). Accordingly, Plaintiff's original default judgment motion is hereby DENIED as moot, as the Court accepts Plaintiff's September 3, 2015 submission as the operative default judgment motion in this action.

The Clerk of Court shall terminate Docket Entry 21.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**